# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-5576 BRO(JCx)<br>CV 14-5748 BRO(JCx) | Date | July 23, 2015 |
|---|---|---|---|
| Title | Trinidad Lopez v. Liberty Mutual Insurance Company, et al.<br>Marisela Beas, et al. v. Liberty Mutual Insurance Company, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**  (IN CHAMBERS)  **ORDER APPROVING MODIFIED VERSION OF (PROPOSED) STIPULATED PROTECTIVE ORDER (DOCKET NO. 55)**

   Pending before this Court is the parties' (Proposed) Stipulated Protective Order which has been referred to the Magistrate Judge. Having advised the parties that the Court was tentatively inclined to approve the (Proposed) Stipulated Protective Order with the modifications below, and having received no objection to such modifications by the deadline set therefor, IT IS HEREBY ORDERED that the (Proposed ) Stipulated Protective Order is approved with the following modifications:

1. Paragraph 1 – The beginning of the first sentence of this paragraph is modified to read: "In accordance with the limitations, procedures, and exceptions set forth below . . . ".

2. Paragraph 10 – The beginning of the first sentence is modified to read: "The Parties agree that legal remedies are inadequate to prevent the use or disclosure of Confidential Information covered by this Stipulation and therefore agree that injunctive relief . . . "

3. Paragraph 13 – The last sentence of this paragraph is stricken.

4. Paragraph 14 – The following sentence is added to the end of this paragraph: "This paragraph does not apply to documents in the possession of the Court/Court personnel."

5. Exhibit A – The internal references to "Paragraph 2" are replaced with references to "Paragraph 1".

   IT IS SO ORDERED.                                                     Initials of Deputy Clerk: hr