1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRINIDAD LOPEZ, an individual,

        Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,

        Defendants.

MARISELA BEAS, GREGORY RUTOWSKI, and PAMELA LEWIS, individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION, SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, inclusive,

        Defendants.

Case No. 2:14-cv-05576 BRO (JCx)
Case No. 2:14-cv-05748 BRO (JCx)

Assigned to the Honorable Beverly Reid O'Connell

**ORDER REGARDING JOINT STIPULATION OF THE PARTIES TO CONTINUE CURRENT DATES IN LIGHT OF MAGISTRATE JUDGE'S MARCH 22, 2016 ORDER WHICH WILL PROVIDE PLAINTIFFS WITH AT LEAST 200 CLAIMS FILES BY APRIL 21, 2016**

ORDER

# ORDER

Upon consideration of the Joint Stipulation of the Parties to Continue Current Dates in Light of Magistrate Judge's March 22, 2016 Order, which Recitals and Agreements are incorporated herein and made part of this Order, and for good cause shown, the Court **GRANTS** the parties' request and hereby orders as follows:

- The trial date set for February 21, 2017 be reset to May 23, 2017 at 8:30 am;
- Hearing on motions *in limine* set for February 13, 2017 be reset to May 15, 2017 at 1:30 pm;
- Hearing on disputed jury instructions set for February 6, 2017 be reset to May 8, 2017 at 1:30 pm;
- The deadlines for the Pretrial conference; Proposed voir dire questions lodged; File agreed to statement of case; File agreed upon set of jury instructions and verdict forms; File joint statement regarding disputed instructions, verdicts, etc. set for January 23, 2017 be reset to April 24, 2017, Pretrial Conference continued to April 24, 2017 at 3:00 pm;
- The deadline for filing motions *in limine* set for January 13, 2017 be reset to April 17, 2017;
- The deadlines to Lodge the pretrial conference order, file memorandum of contentions of fact and law; and file exhibit and witness lists set for January 9, 2017 be reset to April 10, 2017;
- The deadline to file joint report regarding ADR proceeding set for January 3, 2017 be reset to April 3, 2017;
- The deadline to conduct ADR conference set for December 27, 2016 be reset to March 27, 2017;
- The last day for hearing motions set for December 19, 2016 be reset to March 20, 2017;
- Discovery cut-off set for December 12, 2016 be reset to March 13, 2017;

- Plaintiffs' Motion for Class Certification, due September 19, 2016 be reset to December 5, 2016;
- Defendants' Opposition to Plaintiffs' Motion for Class Certification due to be filed on or before October 27, 2016 be reset to January 25, 2017;
- Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification due to be filed on or before November 30, 2016 be reset to February 28, 2017; and
- The hearing on Plaintiffs' Motion for Class Certification set for December 12, 2016 be reset to March 13, 2017.

**IT IS HEREBY ORDERED**

Dated: March 31, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE