1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| TRINIDAD LOPEZ, an individual, | Case No. 2:14-cv-05576 BRO (JCx) |
| Plaintiff, | Case No. 2:14-cv-05748 BRO (JCx) |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | **DISCOVERY MATTER** |
| | **MODIFIED ORDER ENTERING THE STIPULATED REVISED PROTECTIVE ORDER RE: PROTECTION OF CONFIDENTIAL INFORMATION** |
| Defendants. | |
| MARISELA BEAS, GREGORY RUTOWSKI, and PAMELA LEWIS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION, SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Court, having read and considered the parties' [Proposed] Stipulated Revised Protective Order Regarding the Protection of Confidential Information, finds good cause appearing in that discovery in this action will be facilitated and thereby, IT IS HEREBY ORDERED that the Stipulated Revised Protective Order is entered in this action with the following modification and without prejudice to any motion for modification:  Exhibit A is modified to insert the word "Revised" between "Stipulated" and "Protective" wherever such terms appear therein  and to insert "April 21" before ", 2016." .

DATED:  April 21, 2016            _____/s/_____
THE HONORABLE JACQUELINE CHOOLJIAN
U.S. MAGISTRATE JUDGE