UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD LOPEZ, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>        Defendants.<br><hr>MARISELA BEAS et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION; SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-05576 BRO (JCx)<br>Case No. 2:14-cv-05748 BRO (JCx)<br><br>Assigned to the Honorable Beverly Reid O'Connell<br><br>**ORDER CONTINUING ALL DATES TO AFFORD PARTIES SUFFICIENT TIME TO COMPLETE ADDITIONAL DEPOSITIONS AND ATTEND SECOND PRIVATE MEDIATION ON SEPTEMBER 26, 2017** |

ORDER

ACTIVE 221242398

## **ORDER**

Upon consideration of the Joint Stipulation Continuing All Dates To Afford Parties Sufficient Time To Complete Additional Depositions and Attend Second Private Mediation on September 26, 2017, which Recitals are incorporated herein and made part of this Order, and for good cause shown, the Court GRANTS the Parties' request and hereby orders as follows:

- The trial date set for December 5, 2017 at 8:30 a.m. be reset to March 20 2018;
- The hearing on motions *in limine* set for November 20, 2017 at 1:30 p.m be reset to March 5, 2018;
- File Joint Deposition Designation Submission and lodge pertinent depositions transcript is March 7, 2018;
- The hearing on disputed jury instructions set for November 27, 2017 at 1:30 p.m be reset to March 12, 2018 at 1:30 p.m.;
- The deadlines to lodge proposed voir dire questions; file agreed to statement of case; agreed upon set of jury instructions and verdict forms; file joint statement regarding disputed instructions, verdicts, etc., and the Pretrial Conference set for November 6, 2017 at 3:00 p.m. be reset to February 12, 2018 at 3:00 p.m.;
- The deadline for filing motions *in limine* set for October 23, 2017 be reset to February 5, 2018;
- The deadlines to lodge the pretrial conference order, file memorandum of contentions of fact and law, and file exhibit and witness lists set for October 23, 2017 be reset to February 5, 2018;
- The deadline to file joint report regarding ADR proceeding set for October 16, 2017 be reset for January 29, 2018;

ORDER

ACTIVE 221242398

- The deadline to conduct ADR conference set for June 5, 2017 is moot in light of the Parties' agreement to participate in private mediation, the second session of which will occur on September 26, 2017;
- Plaintiffs' Motion for Class Certification due to be filed by June 12, 2017 be due to be filed by August 28, 2017;
- Defendants' Opposition to Plaintiffs' Motion for Class Certification due to be filed by August 2, 2017 be due to be filed by November 22, 2017;
- Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification due to be filed by September 5, 2017 be due to be filed by January 3, 2018;
- The hearing on Plaintiffs' Motion for Class Certification set for September 11, 2017 at 1:30 p.m. be reset to January 19, 2018;
- Discovery cut-off [Note: Expert disclosure no later than 70 days] set for September 25, 2017 be reset to January 2, 2018; and
- The last day for hearing motions set for October 2, 2017 be reset to January 19, 2018.

IT IS SO ORDERED.

DATED: April 26, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge