UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 14-05576-AB (JCx) | Date: September 14, 2018 |

Title: Trinidad Lopez v. Liberty Mutual Insurance Company

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Allan A Shenoi | Douglas Roger Hart |
| Nneka Egbujiobi | Beth Anne Scheel |
| Aidan C McGlaze | Mark D Campbell |
| Michael S Rapkin | David R Carpenter |
| Michael D Seplow | |
| Scott Brian Rapkin | |

**Proceedings:**  1) PLAINTIFFS' REDACTED MOTION FOR CLASS CERTIFICATION [170];

2) DEFENDANTS' MOTION TO STRIKE EXPERT REPORT OF JON A KROSNICK [260];

3) PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERT REPORT OF DR. REARDON [291];

4) PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERT REPORT OF DR. WILCOX [292]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by

the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.